No. A–551.   DOLE, SECRETARY OF TRANSPORTATION, ET AL. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL.   Application of the Solicitor General to vacate a stay entered January 3, 1986, by the United States Court of Appeals for the Ninth Circuit, presented to JUSTICE REHNQUIST, and by him referred to the Court, granted.

No. D–527.   IN RE DISBARMENT OF MANN.   Disbarment entered.   [For earlier order herein, see *ante*, p. 917.]

No. D–531.   IN RE DISBARMENT OF CAMACHO.   Disbarment entered.   [For earlier order herein, see *ante*, p. 991.]

No. 84–2030.   BROWN-FORMAN DISTILLERS CORP. *v.* NEW YORK STATE LIQUOR AUTHORITY.   Ct. App. N. Y.   [Probable jurisdiction noted, *ante*, p. 814.]   Motion of National Conference of State Legislatures et al. for leave to file a brief as *amici curiae* granted.   JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 85–93.   BAZEMORE ET AL. *v.* FRIDAY ET AL.; and

No. 85–428.   UNITED STATES ET AL. *v.* FRIDAY ET AL.   C. A. 4th Cir.   [Certiorari granted, *ante*, p. 978.]   Motion of the Solicitor General for divided argument granted, and the Solicitor General is allotted 12 minutes for oral argument and petitioners Bazemore et al. are allotted 18 minutes for oral argument.

No. 85–217.   INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO *v.* DAVIS.   Sup. Ct. Ala.   [Probable jurisdiction noted, *ante*, p. 899.]   Motion of National Right to Work Legal Defense Foundation, Inc., for leave to file a brief as *amicus curiae* granted.

No. 85–385.   BROCK, SECRETARY OF LABOR *v.* PIERCE COUNTY.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 944.]   Motion of National Association of Counties et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 85–390.   CITY OF LOS ANGELES ET AL. *v.* PREFERRED COMMUNICATIONS, INC.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 979.]   Motion of National Institute of Municipal Law Officers for leave to file a brief as *amicus curiae* granted.

No. 85–546.   UNITED STATES *v.* MOTTAZ.   C. A. 8th Cir.   [Certiorari granted, *ante*, p. 994.]   Motion of American Land Title Association for leave to file a brief as *amicus curiae* granted.